UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| OSRAM SYLVANIA INC.,<br><br>        Plaintiff,<br><br>v.<br><br>GREEN ENERGY MANAGEMENT, L.L.C.<br><br>        Defendant. | CIVIL ACTION NO.: 1:08-cv-243-SM |

### [PROPOSED] O R D E R

This cause coming on before the Court and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED** that the above action be, and the same is hereby dismissed without prejudice as to Green Energy Management, LLC.

DATED: July 13, 2008

/s/   Steven J. McAuliffe
_____
UNITED STATES DISTRICT JUDGE
STEVEN J. MCAULIFFE

# 5466543_v1